UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 09-70265 MMC (BZ) |
| v. | ) | |
| JUSTIN SMITH, | ) | **ORDER SETTING RELEASE CONDITIONS** |
| Defendant. | ) | |

The government's motion to detain the defendant Justin Smith came before this court on April 3, 2009.  The defendant was present in custody and represented by Deputy Public Defender Geoffrey Hansen.  Assistant United States Attorney Katherine Dowling represented the government.  Both sides had an opportunity before the hearing to review a report prepared by Pretrial Services, which recommends detention.

After considering the evidence proffered and the parties' arguments, I find that while defendant presents a risk of flight and a danger to the community, in as much as defendant is willing to return to State custody, there are conditions of release which will ameliorate these risks.  In

1

so concluding I considered the following:

    1.   Defendant is charged with violating 18 U.S.C. § 922(g)(1), being a felon in possession of a firearm. He faces a possible sentence of 10 years' imprisonment, thereby giving him an incentive to flee.

    2.   Defendant's ties to the community are not strong. He had been living in Oregon with his wife, and he would not disclose her current residence. His principal tie to California is his 86 year old grandmother, who is unsure if she is willing to serve as a surety.

    3.   Defendant does not have a stable employment history. After working for the family business for some years, he has only been employed for a total of 3 weeks since 2006.

    4.   Defendant was diagnosed with Bi-polar Disorder and Schizophrenia while in custody in 2007. Although defendant is currently taking medication, he admits to hearing voices from time to time, and denies receiving mental health counseling. This raises questions about his reliability.

    5.   Defendant's criminal history involves violent behavior. In 2007, defendant was convicted of two felonies for elder abuse against his grandmother, and for evading a peace officer in a high-speed chase. He is charged with possession of a large number of weapons. At the time of his arrest for the federal charges, defendant was being held in State custody without bail. He proffered that he had been sentenced to 1 year in state prison for a parole violation and there is a detainer lodged against him.

    6.   The foregoing factors are sufficient to persuade me

by a preponderance of the evidence that defendant is a risk of flight, and by clear and convincing evidence that he is a danger to the community.  However, because defendant wishes to be released to the state authorities so he can serve his sentence  I am satisfied that there are conditions of release which would reasonably ameliorate these risks.  If defendant is in State prison, he cannot pose a flight risk or a danger to the community.

Based on the foregoing, the Government's motion for detention is **DENIED.  IT IS HEREBY ORDERED** that:

1. The United States Marshall will release defendant into State custody if the State seek to reacquire physical custody of defendant within 10 days of this order.

2. The United States Marshall shall inform the government and defense counsel if the State seeks custody.

3. If the State does not take custody of defendant within 10 days of this order, the United States Marshall will retain custody of defendant and bring him before this Court on **Monday, April 13, 2009 at 9:30 a.m.** for further proceedings.

Dated:  April 3, 2009

                                      Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\RELEASE\SMITH.ORDER.wpd